Certificate Number: 15317-PAM-DE-034339001

Bankruptcy Case Number: 15-00146


15317-PAM-DE-034339001

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 13, 2020</u>, at <u>6:44</u> o'clock <u>PM PDT</u>, <u>Harrison J Purdy</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 13, 2020</u>   By: <u>/s/Glenn Crisostomo</u>

Name: <u>Glenn Crisostomo</u>

Title: <u>Counselor</u>