Certificate Number: 15317-PAM-DE-034347543

Bankruptcy Case Number: 15-00146


15317-PAM-DE-034347543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2020, at 6:19 o'clock PM PDT, Danielle Purdy completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   April 15, 2020              By:   /s/Glenn Crisostomo

                                    Name: Glenn Crisostomo

                                    Title: Counselor