```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-00146-HWV
Danielle Y. Purdy                                                       Chapter 13
Harrison J. Purdy, Jr.
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 3              Date Rcvd: Apr 16, 2020
                              Form ID: 3180W               Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             #+Harrison J. Purdy, Jr.,    6416 Taunton Road,    Harrisburg, PA 17111-4800
jdb            #+Danielle Y. Purdy,    5201 Jonestown Road Rear,    Harrisburg, PA 17112-5003
cr              +Toyota Motor Credit Corporation,    c/o Schiller & Knapp, LLP,    950 New Loudon Rd,
                  Latham, NY 12110-2100
4601204         +Apothaker & Associates,    Apothaker & Associates, PC, 520 Fellowsh,
                  MT Laurel, New Jersey 08054-3410
4601205         +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, Pennsylvania 18002-5153
4601207         +Bureau of Account Mgmt,    3607 rosemont Ave.,    Camp Hill, Pennsylvania 17011-6904
4601210         +CitiMortgage,   PO Box 6243,    Sioux Falls, South Dakota 57117-6243
4609421         #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
4975253         +CitiMortgage, Inc., c/o David R. Fine,    17 N. Second Street, 18th Floor,
                  Harrisburg, PA 17101,    Tel: (717) 231-4500,    david.fine@klgates.com 17101-1643
4601211         +Clear Spring Loan Service,    7668 Warren Pkwy, Ste 325,    Frisco, TX 75034-4161
4601212         +Comcast c/o RUI Credit Services,    PO Box 1349,    Melville, NY 11747-0421
4626821         +DONNELLY DISTRIBUTION,    130 TWINBRIDGE DR.,    PENNSAUKEN, NJ 08110-4202
4601216         +Diversified Adjustment Service, Inc.,    PO Box 32145,    Coon Rapids, MN 55432-0145
4601217         +Heatherfield Community Assoc.,    308 Lopax Rd.,    Harrisburg, PA 17112-4301
4664690         +Keystone Collections Group,    PO Box 499,    Irwin, PA 15642-0499
4601219         +LVNV Funding, LLC,    520 Fellowship Rd., Ste C306,    c/o David Apothaker,
                  Mount Laurel, New Jersey 08054-3410
4601218         +Lower Paxton Township Authority,    425 Prince Street, Ste. 139,    Harrisburg, PA 17109-3053
4601224         +MSHMC Physicians Group,    PO Box 854,    Hershey 17033-0854
4601223         +MSHMC Physicians Group,    PO Box 854,    Hershey, Pennsylvania 17033-0854
4601220         +Medical Payment Data c/o Receivables Man,    7206 Hull St. Rd., #211,    Richmond, VA 23235-5826
4601221         +Mellon Certified Restoration,    5005 Devonshire Rd.,    Harrisburg, PA 17109-1730
4601226         +North Star Capital Acquisition, LLC,    c/o Apothaker & Assoc.,    520 Fellowship Rd., Ste C 306,
                  Mount Laurel, NJ 08054-3410
4636344         +Office of UC Benefits Policy,    Department of Labor and Industry,    Office of Chief Counsel,
                  Unemployment Compensation Division,    651 Boas Street, 10th Floor,    Harrisburg, PA 17121-0751
4601227         +Office of UC Benefits, Claim Services,    PO Box 67503,    Harrisburg, PA 17106-7503
4626823         +PENNYMAC LOAN SERVICES,    6101 CONDOR DR,    MOORPARK, CA 93021-2602
4604900         +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
4601236         +PPL Electric Utilities,    2 North 9th St.,    Allentown, Pennsylvania 18101-1179
4601228         +Patient First,    107 South Sporting Hill Road,    Mechanicsburg, Pennsylvania 17050-3058
4601229         +Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4601230         +Pennsylvania Dept. of Revenu,    1 Revenue Place,    Harrisburg 17129-0001
4601233          Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, Pennsylvania 17105-2353
4601232          Pinnacle Health Hospitals,    PO Box 2352,    Harrisburg, Pennsylvania 17105-2353
4601234         +Pinnacle Medical Services,    c/o Bureau of Account Management,    3607 Rosemont Ave.,
                  Camp Hill, Pennsylvania 17011-6943
4601237         +Property Manangement, Inc.,    Agents for Heatherfield Community Assn.,    308 Lopax Rd.,
                  Harrisburg, PA 17112-4301
4601238         +Quantum Imaging and Therapeutic Associat,    629D Lowther Rd.,    Lewisberry, PA 17339-9527
4601243         +Torres Credit Services,    27 Fairview,    Carlisle, Pennsylvania 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4626817         +EDI: GMACFS.COM Apr 16 2020 23:28:00       ALLY FINANCIAL,   200 RENAISSANCE CTR,
                  DETROIT, MI 48243-1300
4596262          EDI: AIS.COM Apr 16 2020 23:28:00      American InfoSource LP as agent for,
                  T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4601206         +E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 16 2020 19:48:17
                  Berks Credit & Collections,    PO Box 329,    Tempe, Pennsylvania 19560-0329
4626818         +EDI: CAPITALONE.COM Apr 16 2020 23:28:00      CAP ONE,    26525 N RIVERWOODS BLVD,
                  METTAWA, IL 60045-3440
4626819          EDI: CAPITALONE.COM Apr 16 2020 23:28:00      CAP ONE,    PO BOX 85520,    RICHMOND, VA  23285
4601208         +EDI: CAPITALONE.COM Apr 16 2020 23:28:00      Capital One Bank (USA),    4851 Cox Road,
                  Glenn Allen, Virginia 23060-6293
4648857          EDI: CAPITALONE.COM Apr 16 2020 23:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
4601213          EDI: CCS.COM Apr 16 2020 23:28:00      Credit Collection Services,    PO Box 9134,
                  Needham, Massachusetts 02494-9134
4601215         +E-mail/Text: electronicbkydocs@nelnet.net Apr 16 2020 19:47:51       Dept of Ed/NELNET,
                  3015 Parker Rd. #400,    Aurora, CO 80014-2904
4601214         +E-mail/Text: electronicbkydocs@nelnet.net Apr 16 2020 19:47:51       Dept of Ed/NELNET,
                  3015 Parker RD, Suite 400,    Aurora, Colorado 80014-2904
4855760          EDI: ECMC.COM Apr 16 2020 23:28:00      ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
4855761          EDI: ECMC.COM Apr 16 2020 23:28:00      ECMC,    PO Box 16408,   St. Paul, MN 55116-0408,   ECMC,
                  PO Box 16408,    St. Paul, MN 55116-0408
4641649          EDI: JEFFERSONCAP.COM Apr 16 2020 23:28:00       Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
4626820          EDI: JPMORGANCHASE Apr 16 2020 23:28:00      CHASE,   PO BOX 15298,    WILMINGTON, DE  19850
4626822         +E-mail/Text: bncnotices@becket-lee.com Apr 16 2020 19:47:28       KOHLS/CAPONE,
                  N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4649107          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2020 19:55:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4601222         +E-mail/Text: unger@members1st.org Apr 16 2020 19:48:10      Members First FCU,
                 5000 Louise Drive,   Mechanicsburg, Pennsylvania 17055-4899
4601225         +E-mail/Text: Bankruptcies@nragroup.com Apr 16 2020 19:48:14      National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, Pennsylvania 17111-1036
4604841          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2020 19:47:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4601231         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2020 19:55:56
                 Pinnacle Credit Services,   PO Box 640,   Hopkins, Minnesota 55343-0640
4601240         +E-mail/Text: colleen.atkinson@rmscollect.com Apr 16 2020 19:48:13      Receivable Management,
                 7206 Huss Street Rd. Ste,   Richmond, Virginia 23235-5826
4601241         +EDI: STF1.COM Apr 16 2020 23:28:00      Sun Trust Bank,   PO Box 27172,
                 Richmond, Virginia 23261-7172
4601244          EDI: TFSR.COM Apr 16 2020 23:28:00      Toyota Motor Credit,   5005 N. River Blvd NE,
                 Cedar Rapids, Iowa 52411
4596023          EDI: TFSR.COM Apr 16 2020 23:28:00      Toyota Motor Credit Corporation,   PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
4601245         +E-mail/Text: bankruptcydepartment@tsico.com Apr 16 2020 19:48:09      Transworld Systems, Inc.,
                 507 Prudential Rd.,   Horsham, PA 19044-2308
4604310         +E-mail/Text: electronicbkydocs@nelnet.net Apr 16 2020 19:47:51      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
4601247          E-mail/Text: bkrcy@ugi.com Apr 16 2020 19:48:06      UGI Utilities,
                 2525 North 12th Street, Ste 360,   Reading, 19605
4601248          E-mail/Text: bkrcy@ugi.com Apr 16 2020 19:48:06      UGI Utilities,
                 2525 North 12th Street, Suite 360,   Reading, Pennsylvania 19605
4601249          E-mail/Text: bkrcy@ugi.com Apr 16 2020 19:48:06      UGI Utilities,   PO Box 15523,
                 Wilmington, Delaware 19886
4601251         +EDI: VERIZONCOMB.COM Apr 16 2020 23:28:00      Verizon Pennsylvania,
                 500 Technology Dr., Ste 300,   Weldon Spring, MO 63304-2225
4601250         +EDI: VERIZONCOMB.COM Apr 16 2020 23:28:00      Verizon Pennsylvania,   500 Technology Dr. #300,
                 Weldon Spring, Missouri 63304-2225
4601252         +EDI: CCS.COM Apr 16 2020 23:28:00      Victoria Fire & Casualty,
                 Payment Processing Center - 27,   PO Box 55126,   Boston, MA 02205-5126
4601253         +E-mail/Text: rmcbknotices@wm.com Apr 16 2020 19:48:07      Waste Management of PA, Inc.,
                 107 Silvia St.,   Ewing, NJ 08628-3200
4601254          EDI: WFFC.COM Apr 16 2020 23:28:00      Wells Fargo Card Services,   PO Box 522,
                 Des Moines, Iowa 50306-0522
4601255         +E-mail/Text: BKRMailOps@weltman.com Apr 16 2020 19:47:52      Weltman, Weinberg & Reis Co., LPA,
                 436 7th Ave., Ste. 1400,   Pittsburgh, PA 15219-1827
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
4601235*        +Pinnacle Medical Services,   c/o Bureau of Account Management,   3607 Rosemont Ave.,
                 Camp Hill, Pennsylvania 17011-6943
4601239*        +Quantum Imaging and Therapeutic Associat,   629D Lowther Rd.,   Lewisberry, PA 17339-9527
4601242*        +Sun Trust Bank,   PO Box 27172,   Richmond, Virginia 23261-7172
4601209        ##+Captial Tax Collection Bureau,   2301 N. 3rd Street,   Harrisburg, PA 17110-1893
4601246        ##+TruGreen,   860 Ridge Lake Blvd.,   Memphis, TN 38120-9408
                                                                                   TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:

    Chad J. Julius   on behalf of Debtor 1 Harrison J. Purdy, Jr. cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
    Chad J. Julius   on behalf of Debtor 2 Danielle Y. Purdy cjulius@ljacobsonlaw.com, creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    David R Fine   on behalf of Creditor   CITIMORTGAGE, INC. david.fine@klgates.com, klgatesbankruptcy@klgates.com
    James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    Jerome B Blank   on behalf of Creditor   CITIMORTGAGE, INC. pamb@fedphe.com
    Martin A Mooney   on behalf of Creditor   Toyota Motor Credit Corporation kcollins@schillerknapp.com, lgadomski@schillerknapp.com
    Matthew Christian Waldt   on behalf of Creditor   CITIMORTGAGE, INC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    Thomas Song   on behalf of Creditor   CITIMORTGAGE, INC. pamb@fedphe.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 10

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Danielle Y. Purdy (First Name Middle Name Last Name) | Social Security number or ITIN xxx–xx–7741<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): Harrison J. Purdy Jr. (First Name Middle Name Last Name) | Social Security number or ITIN xxx–xx–9761<br>EIN __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   1:15–bk–00146–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Danielle Y. Purdy         Harrison J. Purdy Jr.

**By the court:**

4/16/20

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**